UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>JOHN CONTEH</u>,
        Petitioner,

Civil Action No.  04-11471-RCL

    v.

<u>UNITED STATES OF AMERICA</u>,
        Respondent.

<u>ORDER OF DISMISSAL</u>

<u>LINDSAY, D.J.</u>

In accordance with this Court's order dated <u>June 30, 2004</u>, it is ORDERED that the within action be and it is hereby dismissed.

By the Court,

s/ Linn A. Weissman
Deputy Clerk

Date <u>July 1, 2004</u>

(noticeofdismissal.wpd - 12/98)   [odism.]